UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-1168
_____

SECURITIES AND EXCHANGE COMMISSION

v.

ALFRED S. TEO, SR.; TEREN SETO HANDELMAN;
MAAA TRUST, FBO MARK, ANDREW, ALAN AND ALFRED TEO, JR.;
JOHN D. REIER; CHARLES D. FORTUNE; JERROLD J. JOHNSTON;
MARK J. LAUZON; PHILIP SACKS; MITCHELL L. SACKS;
RICHARD A. HERRON; LAWRENCE L. ROSEN; DAVID M. ROSS;
JAMES M. RUFFOLO

Alfred S. Teo, Sr. and MAAA Trust,

Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey

(D.C. No. 2-04-cv-01815)
District Judge: Honorable Susan D. Wigenton

ARGUED APRIL 23, 2013

BEFORE:  SLOVITER, JORDAN, and NYGAARD, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be heard on the record from the United States District Court for the District of New Jersey and was argued by counsel on April 23, 2013.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the said District Court entered on December 12, 2011, be, and the same is hereby AFFIRMED.

Costs taxed against appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: February 10, 2014

**Certified as a true copy and issued in lieu of a formal mandate on** November 18, 2014

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**